■ TOWN OF POUGHKEEPSIE, Respondent, v RIVER TERMINAL SERVICES, LLC, Appellant. [889 NYS2d 495]—

Contrary to the defendant's contention, the Supreme Court providently exercised its discretion in granting the plaintiff's motion for a preliminary injunction compelling the defendant to stop using the subject portion of the property at issue as a truck terminal area (*see* Town Law § 268; *Town of Riverhead v Gezari*, 63 AD3d 1042, 1042-1043 [2009]; *Matter of 550 Halstead Corp. v Zoning Bd. of Appeals of Town/Vil. of Harrison*, 307 AD2d 291, 292 [2003], *affd* 1 NY3d 561 [2003]).

The parties' remaining contentions are without merit. Dillon, J.P., Florio, Miller and Angiolillo, JJ., concur.